## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JU DAI,

      Plaintiff,

v.                                                    Case No:  6:23-cv-332-RBD-RMN

ASSOCIATE REGIONAL
DIRECTOR, U.S. DEPARTMENT OF
HOMELAND SECURITY;
DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES;
SECRETARY, U.S. DEPARTMENT
OF HOMELAND SECURITY; and
TEXAS SERVICE CENTER
DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,

      Defendants.
_____

### <u>ORDER</u>

This cause is before the Court after it ordered Plaintiff to show cause by written response by May 17, 2023, why the case should not be dismissed for failure to file a Certificate of Interested Persons and Corporate Disclosure Statement and comply with a court order.  (Doc. 11 ("OSC").) The time has passed and Plaintiff failed to respond.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.      The OSC (Doc. 11) is **DISCHARGED**.

-1-

2.    The claims against Defendants are **DISMISSED** without prejudice.

3.    The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 22, 2023.

ROY B. DALTON JR.
United States District Judge